## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TREVOR ANDREW BAUER** | * | **CIVIL ACTION NO.:** |
| | * | |
| **Plaintiff** | * | **2:18-cv-05611-WBV-MBN** |
| | * | |
| versus | * | |
| | * | **JUDGE: VITTER** |
| **BRENT POURCIAU and** | * | |
| **TOP VELOCITY, LLC** | * | |
| | * | |
| **Defendants** | * | **MAGISTRATE: NORTH** |
| | * | |

******************************************************************************

### BRENT POURCIAU AND TOP VELOCITY, LLC'S WITNESS AND EXHIBIT LISTS

**NOW INTO COURT** come Defendants, Brent Pourciau and Top Velocity, LLC ("Defendants"), who submit the following list of witnesses that may be called to testify and list of exhibits that may be used at the trial of this matter:

### WITNESS LIST

**Lay Witnesses**

1. Trevor Andrew Bauer, Plaintiff
   126 North Valley Oaks Circle
   Spring, TX  77382
   The witness may testify regarding facts and allegations contained in Complaint.

2. Brent Pourciau, Defendant
   234 South New Hampshire Street
   Covington, LA  70433
   The witness may testify regarding facts and allegations contained in Complaint.

3. Representative(s) or Member(s) of Top Velocity, LLC, including but not limited to
   Brent Pourciau, Defendant
   534 East Boston Street
   Covington, LA  70433
   The witness may testify regarding facts and allegations contained in Complaint.

4. Representative(s) or Member(s) of Hauser Productions, LLC, including but not limited to Brent Pourciau, Defendant
   238 S. New Hampshire Street
   Covington, LA  70433
   The witness may testify regarding facts and allegations contained in Complaint.

5. Representative of Major League Baseball Players Association
   12 East 49th Street, 24th Floor
   New York, NY 10017
   The witness may testify regarding facts and allegations contained in Complaint.

6. Representative of Major League Baseball Properties Inc.
   12 East 49th Street, 24th Floor
   New York, NY 10017
   The witness may testify regarding facts and allegations contained in Complaint.

7. Aardsma, David
   416-341-1000. Address unknown.
   Former Major League Baseball Pitcher and Top Velocity customer. The witness may testify regarding facts and allegations contained in Complaint.

8. Berardi, John
   Address unknown.
   Coach and nutrition expert for Top Velocity and will discuss involvement in producing videos and programs. The witness may testify regarding facts and allegations contained in Complaint.

9. Boddy, Kyle
   Driveline Baseball
   19612 70th Ave S
   Unit 2-4
   Kent Washington 98032
   Driveline Baseball owner and current pitching coach for the Cincinnati Reds. The witness may testify regarding facts and allegations contained in Complaint.

10. Boleware, Mitch
    601 S. 7th St.,
    Collins, Ms 39428
    601-765-8293.
    Former CPA for Hauser and Top Velocity. The witness may testify regarding financial records.

11. Bolling, Trell
    Address unknown.
    Employee of Hauser and Top Velocity. The witness may testify regarding facts and allegations contained in Complaint.

12. Brennan, Gary
    Mandeville, LA
    Address unknown.
    Employee of Hauser and Top Velocity. The witness may testify regarding facts and allegations contained in Complaint.

13. Brennan, Joe
    Mandeville, LA
    Address unknown.
    The witness may testify regarding facts and allegations contained in Complaint.

14. Brewster, Ben
    Address unknown.
    The witness may testify regarding facts and allegations contained in Complaint.

15. Buras, Daniel
    301 N Columbia St,
    Covington, LA 70433
    The witness may testify regarding facts and allegations contained in Complaint.

16. Chase, Heather
    MLBPA Assistant General Counsel
    12 East 49th St.
    NY, NY 10017
    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
    MLBPA attorney. The witness may testify regarding facts and allegations contained in Complaint and the MLBPA suit.

17. Cressend, John III
    4019 Lasalle St.,
    Covington, LA
    The witness may testify regarding facts and allegations contained in Complaint.

18. Cressey, Eric
    Complete Address Unknown.
    The witness may testify regarding facts and allegations contained in Complaint.

19. Frank, William
    245 Park Ave., New York, NY 10167
    MLB attorney. The witness may testify regarding facts and allegations contained in Complaint and the MLBPA suit.

20. Friedman, Andrew
    Complete Address Unknown.
    Los Angeles Dodgers President of Baseball Operations. The witness may testify

regarding facts and allegations contained in Complaint.

21. Guadagni, Steven
    925-822-7869.
    Address unknown. Covington, LA.
    Former Top Velocity employee/subcontractor. The witness may testify regarding facts and allegations contained in Complaint.

22. Hambacher, Nancy
    404 S. Fairway Drive, Madisonville, LA 70433
    The witness may testify regarding facts and allegations contained in Complaint.

23. Hanspard, Gary
    Covington, LA. 985-6301367.
    Complete Address Unknown.
    The witness may testify regarding facts and allegations contained in Complaint.

24. Hoy, Tim
    Attorney with Wasserman LA
    10900 Wilshire Blvd, Suite 1200, Los Angeles CA 90024
    The witness may testify regarding facts and allegations contained in Complaint and the MLBPA suit.

25. Jackson, Dean
    13213 N. 69th Street
    Scottsdale, AZ 85254
    (602) 540-7664
    The witness may testify regarding facts and allegations contained in Complaint.

26. McNeil, Patrick
    742 Rue Marseille, Mandeville, LA 70471
    The witness may testify regarding facts and allegations contained in Complaint.

27. Menendez, Brian
    180 New Camellia Blvd. Suite 200 Covington, LA 70433
    Former CPA for Hauser and Top Velocity. The witness may testify regarding facts and allegations contained in Complaint and financial records.

28. O'Leary, Chris
    Complete Address Unknown. Contact Pourciau for complete address.
    The witness may testify regarding facts and allegations contained in Complaint.

29. Parque, Jim
    Complete Address Unknown.
    The witness may testify regarding facts and allegations contained in Complaint.

30. Rubin, Michael
    Altshuler Berzon, 177 Post St., Suite 300, San Franciso, CA 94108
    MLBPA attorney.
    The witness may testify regarding facts and allegations contained in Complaint and the MLBPA suit.

31. Schultz, Kevin
    Complete Address Unknown.
    Top Velocity employee. The witness may testify regarding facts and allegations contained in Complaint.

32. Slavin, Tim
    MLBPA attorney
    12 East 49th St.
    NY, NY 10017
    212-826-0808
    The witness may testify regarding facts and allegations contained in Complaint and the MLBPA suit.

33. Stokes, Elizabeth
    10 Carolina Court, Covington, LA 0433
    Hauser employee. The witness may testify regarding facts and allegations contained in Complaint.

34. Stokes, Steve
    10 Carolina Court, Covington, LA 0433
    The witness may testify regarding facts and allegations contained in Complaint.

35. Walsh, Ian
    23605 156th Ave SE
    Kent, WA 9802
    336-575-8761
    The witness may testify regarding facts and allegations contained in Complaint.

36. Wheeler, Lance
    Complete Address Unknown.
    The witness may testify regarding facts and allegations contained in Complaint.

37. Luba, Rachel
    Luba Sports, LLC
    24057 Witte Road, SE, Unit D,
    Maple Valley, Washington 98038-5801
    Bauer's current agent. The witness may testify regarding facts and allegations contained in Complaint.

38. Representative of Wasserman Media Group, LLC
    2710 Gateway Oakes Drive, Suite 150N
    Sacramento, CA 95833
    Bauer's former agent. The witness may testify regarding facts and allegations contained in Complaint.

39. Representative of Houston Casualty Company
    Houston, TX
    Testimony regarding coverage

40. Fetterolf, Jon R.
    Shawn Naunton Zuckerman Spaeder, LLP,
    485 Madison Avenue, 10th Floor
    New York, NY 10022-5871
    Bauer's former agent. The witness may testify regarding facts and allegations contained in Complaint.

41. Niebla, Ruben
    Cleveland Indians Baseball Company, Inc.,
    2401 Ontario St.
    Cleveland, OH 44115
    Bauer's former coach. The witness may testify regarding facts and allegations contained in Complaint.

42. Boras, Scott
    Scott D. Boras, Inc.
    18 Corporate Plz
    Newport Beach Ca, 92660
    Major League Baseball agent. The witness may testify regarding facts and allegations contained in Complaint.

43. Any witness necessary for rebuttal and/or impeachment purposes.

44. Any person to be identified through discovery.

45. Any witness, expert or fact, identified, listed, or called by any party.

46. Any person from whom a deposition is taken, subject to the Federal Rules of Civil Procedure and Federal Code of Evidence.

47. Any witness who becomes known as a result of ongoing discovery or investigation.

48. Any witness necessary to authenticate any exhibits, documents, or records produced during discovery or listed as an exhibit by a party.

**Expert Witnesses**

49. Steve Holzen, CLP
    Director – Disputes, Compliance, & Investigations
    1015 15th Street, N.W., Suite 1050,
    Washington, DC 20005
    Accounting expert to rebut plaintiff's expert, Michelle Avery

50. Any expert witness retained by this or any defendant, whether for examinations, analysis, and/or evaluations, if any;

51. Any other experts retained by this or any other defendant, if any necessary to rebut Plaintiff's experts.

Brent Pourciau and Top Velocity, LLC reserve the right to amend and/or supplement this witness list as discovery is ongoing.

## EXHIBIT LIST

1. Hauser Productions LLC's Articles of Organization, produced as Pourciau_TopV-000230 – 234.

2. Top Velocity, LLC's Articles of Organization.

3. Hauser Production LLC's Tax Returns for the years 2014 – 2018, produced as Pourciau_TopV-000001 – 229.

4. Brent Pourciau's Tax Returns for the years 2010 – 2013.

5. All financial documents produced in this matter, including but not limited to:

    a. 2011 Sales by Product.pdf;
    b. 2012 Sales by Product.pdf;
    c. Extracted Sales.pdf;
    d. Gross Sales.pdf;
    e. Top V+LLC_Profit+and+Loss-2012.xlsx;
    f. Top V+LLC_Profit+and+Loss-2013.xlsx;
    g. Top V+LLC_Profit+and+Loss-2014.xlsx;
    h. Top V+LLC_Profit+and+Loss-2015.xlsx;
    i. Top V+LLC_Profit+and+Loss-2016.xlsx;
    j. Top V+LLC_Profit+and+Loss-2017.xlsx;
    k. Top V+LLC_Profit+and+Loss-2018.xlsx;
    l. Balance_Sheet.xlsx;
    m. Customers.xlsx;
    n. Employees.xlsx;

      o. General_ledger.xlsx;
      p. Journal.xlsx;
      q. Profit_and_loss.xlsx;
      r. Trial_balance.xlsx;
      s. Vendors.xlsx;
      t. Form 1040 U.S. Individual Income Tax Returns for Brent H Pourciau and Tracy C.
      u. Pourciau for years 2011 and 2012, self-prepared with TurboTax;
      v. Form 1040 U.S. Individual Income Tax Returns for Brent Pourciau and Tracy Pourciau for year 2013, prepared by James E. Boyle CPA, MPA;
      w. Form 1120 S U.S. Income Tax Return for an S Corporation for Hauser Productions, LLC for years 2014 through 2017, prepared by James E. Boyle CPA;
      x. Documents from Defendants 1-50.pdf;
      y. Documents from Defendants 51-100.pdf;
      z. Documents from Defendants 101-105.pdf;
      aa. Documents from Defendants 106 -155.pdf;
      bb. Documents from Defendants 156 -193.pdf;
      cc. Documents from Defendants 194 - 211.pdf

6. Any and all documents pertaining to Trevor Bauer's Trademark Information, including but not limited to, documents produced as BAUER – 000420 – BAUER – 000434.

7. Trevor Bauer's Major League Baseball Contract with the Cincinnati Reds for the 2020 season, produced as BAUER 000543 – 551.

8. Trevor Bauer's Major League Baseball Contract with the Cleveland Indians for the 2015-2019 seasons, produced as BAUER 000879 – 926.

9. Trevor Bauer's Major League Baseball Contract with the Arizona Diamondbacks for the 2011 – 2014 seasons, produced as BAUER 000552 – 567.

10. Major League Baseball Collective Bargaining Agreement for year 2011.

11. Major League Baseball Collective Bargaining Agreement from 2012 – 2016, produced as BAUER 000568 – 878.

12. Major League Baseball Collective Bargaining Agreement from 2017 – 2021, produced without bates label reference.

13. Major League Rules for years 2011- 2020.

14. Minor League Baseball Uniform Player Contract.

15. Major League Baseball Players Association and/or Major League Baseball Properties, Inc.'s Group Licensing Application for years 2011 – 2020.

16. Any and all contracts and agreements between Trevor Bauer and Major League Baseball and its related entities, including but not limited to: the Major League Baseball Players Association; Major League Baseball Properties, Inc.; and all clubs, organizations, teams, and other affiliates of each.

17. Any and all contracts and agreements between Trevor Bauer and Minor League Baseball and its related entities and all clubs, organizations, teams, and other affiliates of each.

18. All contracts and agreements between Trevor Bauer and UCLA.

19. All contracts and agreements between Trevor Bauer and the NCAA.

20. Any and all endorsement contracts and agreements between Trevor Bauer and third parties, including but not limited to those produced as BAUER 000445 – 522.

21. Any and all contracts and agreements effective for the years 2010 – 2020 related to Trevor Bauer's intellectual property rights.

22. Any and all usages of Trevor Bauer's "protected intellectual property" [1] featured online, including but not limited to YouTube, Twitter, Instagram, Facebook, TikTok, and other social media platforms.

23. Any and all pictures, images, and videos of Trevor Bauer featured online.

24. Complaint for Damages and Declaratory and Injunctive Relief filed 08/15/19 in the lawsuit *Major League Baseball Players Association v. Brent Pourciau & Top Velocity, LLC*, Case No 3:19-cv-04912, in the United States District Court for the Northern District of California.

25. Settlement Agreement and Mutual Release, and Stipulated Judgment attached thereto as Exhibit A in the lawsuit *Major League Baseball Players Association v. Brent Pourciau & Top Velocity, LLC*, Case No 3:19-cv-04912, in the United States District Court for the Northern District of California.

26. The Top Velocity 3x Pitching Mechanics Guide, produced as POURCIAU – 213 – POURCIAU – 264.

27. Major League Baseball Players Association Form LM-2 Labor Organization Annual Report filings for the years 2010 – 2020.

---

[1] As the term is used in Plaintiff's Complaint.

28. Any and all online content created by, associated with, or related to Trevor Bauer, Bauer Outage, Baueroutage.com, and his related entities including but not limited to interviews, social media posts, and videos featuring Bauer or any other Major League Baseball Player.

29. All Bauer tax / wage information produced in this matter;

30. Any and all documents produced by Bauer in this matter;

31. Any and all documents produced by Defendants in this matter;

32. Any document needed for impeachment or rebuttal purposes;

33. Any document exchanged by the parties throughout discovery in this matter;

34. All discovery exchanged in this matter, including responses to interrogatories, requests for admissions, and requests for production of documents;

35. Any pleading filed or exchanged by any party in this matter;

36. Any and all exhibits listed by and/or introduced by any other party in this matter;

37. Any document relied upon by any expert retained in this matter;

38. Deposition transcript of any and all witnesses;

39. Initial Disclosures of any and all parties;

40. Any and all insurance policies providing coverage for the parties in the litigation for the injuries alleged by Mr. Bauer;

41. Any and all documentation, including contracts, correspondence, invoicing, and payments between Trevor Bauer and Major League Baseball and its related entities, included by not limited to: the MLBPA, MLB Players Inc., MLB Clubs, Minor League Baseball, and Minor League Baseball Clubs.

42. Any and all documentation, including contracts, correspondence, invoicing, and payments concerning Trevor Bauer's endorsements.

43. Any exhibits listed by any party in the pleadings, discovery pleadings, and pre-trial orders/submissions.

Brent Pourciau and Top Velocity, LLC reserve the right to amend and/or supplement this exhibit list as discovery is ongoing.

Respectfully submitted:

The Bezou Law Firm


/s/*Matthew L. Devereaux*
Jacques F. Bezou (3037)
Matthew L. Devereaux, T.A. (32125)
Jacques F. Bezou, Jr. (33728)
Erica A. Hyla (34603)
Sam J. Collett, III (36415)
534 East Boston Street
Covington, LA 70433
Telephone: (985) 892-2111
Facsimile:  (985) 892-1413
mdevereaux@bezou.com

*Counsel to Defendants, Brent Pourciau and Top Velocity, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served all counsel of record by the CM/ECF system, email, facsimile and/or U.S. mail properly addressed and first class postage prepaid this 17th day of August, 2020.

 /s/*Matthew L. Devereaux*
Matthew L. Devereaux