# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TREVOR ANDREW BAUER** | **CIVIL ACTION NO: 2:18-CV-05611-WBV-MBN** |
| **Plaintiff** | |
| **VS** | |
| **BRENT POURCIAU** | **JUDGE: VITTER** |
| **AND** | |
| **TOP VELOCITY, LLC** | **MAGISTRATE: NORTH** |
| **Defendants** | **JURY  DEMANDED** |

## PLAINTIFF'S WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes Trevor Andrew Bauer ("Bauer"), Plaintiff herein, and issues his Witness List of May Call/Will Call Witnesses, reserving his right to supplement and amend this list in accordance with the Pre-Trial Order and the Federal Rules of Civil Procedure.

## PLAINTIFF'S WITNESS LIST

| NAME | W/M | ADDRESS | EXPECTED TESTIMONY |
|---|---|---|---|
| | | | |
| Avery, Michele | M | Contact through counsel | Plaintiff's Expert |
| Bauer, Trevor | W | Contact through counsel | Facts of the case including demands to cease and desist. |
| Berardi, John | M | Address unknown. Contact Mr. Pourciau for more information. | Coach and nutrition expert for TV/Hauser/Pourciau and will discuss involvement in producing videos and programs. |

| | | | |
|---|---|---|---|
| Boddy, Kyle | M | Driveline Baseball<br>19612 70th Ave S<br>Unit 2-4<br>Kent Washington 98032 | Involvement with Pourciau and his companies. Suit against Pourciau. Involvement with Bauer and his companies. He is expected to address defamation suit and unauthorized uses of Driveline's products and services. |
| Boleware, Mitch | M | 601 S. 7th St.,<br>Cllins, Ms 39428.<br>601-765-8293. | CPA for TV, Hauser and Pourciau. Will discuss financial records and taxes. |
| Bolling, Trell | M | Complete Address Unknown. Contact Pourciau for complete address. | Employee of Hauser/TV/Pourciau will discuss her involvement in publications and videos produced by defendants. |
| Brennan, Gary | M | Mandeville, LA<br>Complete Address Unknown. Contact Pourciau for complete address. | Employee of Hauser/TV/Pourciau will discuss her involvement in publications and videos produced by defendants. |
| Brennan, Joe | M | Mandeville, LA<br>Complete Address Unknown. Contact Pourciau for complete address. | Employee of Hauser/TV/Pourciau will discuss her involvement in publications and videos produced by defendants. |
| Brewster, Ben | M | Complete Address Unknown. Contact Pourciau for complete address. | Other company owners who use names and likeness of major league baseball players without permission. |
| Buras, Daniel | M | 301 N Columbia St,<br>Covington, LA 70433 | Relationship with Pourciau and operations of companies like Gorillaz Baseball. |
| Chase, Heather MLBPA attorney. | M | MLBPA Assistant General Counsel 12 East 49th St. NY, NY 10017 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 | The witness may testify regarding facts and allegations contained in Complaint and the MLBPA suit. |
| Cressend, John III | M | 4019 Lasalle St.,<br>Covington, LA | Relationship with Pourciau and operations of companies like Gorillaz Baseball. |
| Cressey, Eric | M | Complete Address Unknown. Contact Pourciau for complete address. | Other company owners who use names and likeness of major league baseball players without permission. |
| Cretin, Chris | M | 918 West 15th Ave,<br>Covington, LA 70433 | Relationship with Pourciau and operations of companies like Gorillaz Baseball and E Hauser Events, Inc. |
| England, Josh | M | Contact through counsel | Wilshire Insurance Company Representative |
| Frank, William | M | 245 Park Ave., | MLB attorney. Demand letters. |

| | | | |
|---|---|---|---|
| | | New York, NY 10167 | Facts of Complaint. Relationship with Bauer and Bauer operations. |
| Guadagni, Steven | M | 925-822-7869. Address unknown. Covington, LA | Operations of TV, Hauser and other Pourciau companies. Knowledge of facts of suit. Creation of videos. |
| Hambacher, Nancy | M | 404 S. Fairway Drive, Madisonville, LA 70433 | Relationship with Pourciau and operations of companies like Gorillaz Baseball. |
| Hanspard, Gary | M | Covington, LA. 985-6301367. Complete Address Unknown. Contact Pourciau for complete address. | Involvement with Pourciau and his companies. Suit against Pourciau. Involvement with Bauer and his companies. |
| Houston Casualty Company Representative | M | 13403 Northwest Freeway, Houston, Tx 77040 | Insurance for TV, Hauser and Pourciau. |
| Hoy, Tim | M | Attorney with Wasseman LA 10900 Wilshire Blvd, Suite 1200, Los Angeles CA 90024 | Facts contained in complaint and relationship with Bauer and Bauer's operations. Demands to cease and desist use of Bauer's name and likeness. |
| Jackson, Dean | M | 13213 N. 69th Street Scottsdale, AZ 85254 (602) 540-7664 | Mr. Jackson is expected to address the use of Bauer's name, photographs and likenesses on Top Velocity's Website, on their videos and on the internet. He observed Bauer's images and name on Top Velocity Website and videos on Youtube as early as 2016. |
| McNeil, Patrick | M | 742 Rue Marseille, Mandeville, LA 70471 | Relationship with Pourciau and operations of companies like Gorillaz Baseball. |
| Menendez, Brian | M | 180 New Camellia Blvd. Suite 200 Covington, LA 70433 | CPA for TV, Hauser and Pourciau. Will discuss financial records and taxes. |
| Pourciau, Brent | W | Contact through counsel | |
| Rubin, Michale | M | Altshuler Berzon, 177 Post St., Suite 300, San Franciso, CA 94108 | MLBPA attorney. Demand letters. Facts of Complaint. Relationship with Bauer and Bauer operations. |
| Schultz, Kevin | M | Complete Address Unknown. Contact Pourciau for complete address. | Employee of Hauser/TV/Pourciau will discuss her involvement in publications and videos produced |

| | | | |
|---|---|---|---|
| | | | by defendants. |
| Slavin, Tim | M | MLBPA attorney<br>12 East 49th St.<br>NY, NY 10017<br>212-826-0808 | MLBPA. Demand letters. Facts of Complaint. Relationship with Bauer and Bauer operations. |
| Stokes, Elizabeth | M | 10 Carolina Court, Covington, LA 0433 | Employee of Hauser/TV/Pourciau will discuss her involvement in publications and videos produced by defendants. |
| Stokes, Steve | M | 10 Carolina Court, Covington, LA 0433 | Relationship with Pourciau and operations of companies like Gorillaz Baseball and E Hauser Events, Inc and Sky Digital, LLC. |
| Walsh, Ian | M | 23605 156th Ave SE<br>Kent, WA 9802<br>336-575-8761 | He observed Bauer's images and name being used in advertising materials of Top Velocity. |
| Wilshire Insurance Company Representative | M | Contact through counsel | Insurance covering Hauser, TV and Pourciau. |
| Any witness necessary for rebuttal and/or impeachment purposes. | | | |
| Any person to be identified through discovery. | | | |
| Any witness, expert or fact, identified, listed, or called by any party. | | | |
| Any witness necessary to authenticate any exhibits, documents, or records produced during discovery or listed as an exhibit by a party. | | | |

Plaintiff reserves the right to amend and/or supplement this list as discovery is ongoing.

*s/ Edward D. Markle*

Edward D. Markle
Markle & Associates, APLC
3506 Washington Av., Suite F
Gulfport, MS 39507
emarkle@msn.com
LA Bar No. 8919
Tele: (228) 222-3589

### *CERTIFICATE OF SERVICE*

*I HEREBY CERTIFY that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:*

| ( )  *Hand Delivery* | ( )  *Prepaid U.S. Mail* | ( )  *E-Mail* |
|---|---|---|
| ( )  *Facsimile* | ( )  *Federal Express* | ( x )  *Electronic Court* |

*August 17, 2020.*

*s/Edward D. Markle*
Edward D. Markle
Markle & Associates, APLC
3506 Washington Av., Suite F
Gulfport, MS 39507
emarkle@msn.com
LA Bar No. 8919
Tele: (228) 222-3589