## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TREVOR ANDREW BAUER** | **CIVIL ACTION** |
| **V.** | **NO. 2:18-cv-05611-WBV-MBN** |
| **BRENT POURCIAU, TOP VELOCITY, LLC, HAUSER PRODUCTIONS, LLC, HOUSTON CASUALTY COMPANY AND WILSHIRE INSURANCE COMPANY** | **JUDGE WENDY B. VITTER** <br> **MAGISTRATE JUDGE MICHAEL NORTH** |

## WITNESS AND EXHIBIT LIST FOR WILSHIRE INSURANCE COMPANY

NOW INTO COURT, through undersigned counsel, comes Defendant, Wilshire Insurance Company, ("Wilshire") who, pursuant to the Amended Scheduling Order, submits the following Witness and Exhibit List for the above captioned matter.  Wilshire avers that (1) it is anticipating a document production from Plaintiff and third parties who have been subpoenaed by co-defendant Hauser Productions, (2) the deposition of Plaintiff and all expert witnesses will occur after the production of this witness and exhibit list, and (3) that the production of the aforementioned discovery may lead to additional depositions and written discovery. Therefore, Wilshire reserves the right to supplement this Witness and Exhibit List.

## WITNESS LIST

Wilshire may offer the following witnesses to testify in this matter.

1.  Trevor Bauer, Plaintiff
    Contact through counsel.
    Mr. Bauer is expected to testify about the allegations of the Complaint.

2.  Brent Pourciau, Defendant
    Contact through counsel.
    Mr. Pourciau is expected to testify about the allegations of the Complaint.

1

3.      Representative of Top Velocity, LLC, Defendant
        Contact through counsel.
        Representative is expected to testify about the allegations of the Complaint.

4.      Representative of Hauser Productions, LLC, Defendant
        Contact through counsel.
        Representative is expected to testify about the allegations of the Complaint.

5.      Representative of Wilshire Insurance Company, Defendant
        Contact through undersigned counsel.
        Representative is expected to authenticate insurance policies and exclusions to the
        extent not stipulated by the parties.

6.      Representative of MLB Players Association
        Contact through in-house counsel, Heather Chase
        12 East 49th Street.
        New York, NY 10017
        The representative is to address the MLBPA's contractual relationship with
        Trevor Bauer and other players, including the licensing rights divested by Mr.
        Bauer, as well as the past litigation and subsequent license granted to Top
        Velocity and Pourciau through resolved litigation.

7.      Representative of MLB Player's Inc., a wholly owned subsidiary of the MLB
        Player's Association.
        Contact through in-house counsel, Heather Chase
        12 East 49th Street.
        New York, NY 10017
        The representative is to address the MLBPA's contractual relationship with
        Trevor Bauer and other players, including the licensing rights divested by Mr.
        Bauer, as well as the past license granted to Top Velocity through resolved
        litigation.

8.      Representative of Drive Line Baseball
        19612 70th Avenue S
        Unit 2-4
        Kent, WA 98032
        The representative is to address its licensing relationship with Mr. Bauer and
        litigation with Top Velocity and Pourciau.

9.      Chase, Heather
        MLBPA Assistant General Counsel
        12 East 49th St.
        NY, NY 10017
        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
        MLBPA attorney. The witness may testify regarding facts and allegations
        contained in Complaint and the MLBPA suit.

10.     Rubin, Michael
        Altshuler Berzon
        177 Post St., Suite 300
        San Franciso, CA 94108
        MLBPA attorney.
        The witness may testify regarding facts and allegations contained in Complaint
        and the MLBPA suit.

11.     Luba, Rachel
        Luba Sports, LLC
        24057 Witte Road, SE, Unit D,
        Maple Valley, Washington 98038-5801
        Bauer's current agent. The witness may testify regarding facts and allegations
        contained in Complaint.

12.     Representative of Wasserman Media Group, LLC
        2710 Gateway Oakes Drive, Suite 150N
        Sacramento, CA 95833
        Bauer's former agent. The witness may testify regarding facts and allegations
        contained in Complaint.

13.     Fetterolf, Jon R.
        Shawn Naunton Zuckerman Spaeder, LLP,
        485 Madison Avenue, 10th Floor
        New York, NY 10022-5871
        Bauer's former agent. The witness may testify regarding facts and allegations
        contained in Complaint.

14.     Jackson, Dean
        Contact information unknown.
        The witness may testify regarding facts and allegations contained in Complaint.

15.     Any witness listed by another party to whom Wilshire does not object but wishes
        to call as a witness

16.     Any witness called by another party to the extent necessary to authenticate any
        evidence, document, or communication

17.     Any person deposed in this case.

18.     Any witness who becomes known as a result of ongoing discovery or
        investigation.

19.     Any witness necessary to authenticate any exhibits, documents, or records
        produced during discovery or listed as an exhibit by a party.

Defendant, Wilshire reserves the right to amend and/or supplement this witness list as discovery is ongoing.

## EXHIBIT LIST

Wilshire may present the following exhibits at trial.

1.    Wilshire Policy (Policy Period 07/14/2018 to 07/14/2019 - Bates Numbered WILSHIRE 000001-000082).

2.    Wilshire Policy (Policy Period 07/14/2019 to 07/14/2020 - Bates Numbered WILSHIRE 000083-000185).

3.    Wilshire Reservation of Rights Letter dated August 21, 2019 (Bates Numbered WILSHIRE 000186-000190).

4.    Agreements between Trevor Bauer and his baseball team employers:

- CINCINNATI REDS
   - 2020 Major League Uniform Player's Contract (Bates Numbered BAUER 000543-000551);

- ARIZONA DIAMONDBACKS
   - 2011 to 2014 Major League Uniform Player's Contract (Bates Numbered BAUER 000552-000567);

- CLEVELAND INDIANS
   - 2015 Major League Uniform Player's Contract (Bates Numbered BAUER 000879-000887);
   - 2016 Major League Uniform Player's Contract (Bates Numbered BAUER 000888-000896);
   - 2017 Major League Uniform Player's Contract (Bates Numbered BAUER 000897-000908);
   - 2018 Major League Uniform Player's Contract (Bates Numbered BAUER 000909-000917); and,
   - 2019 Major League Uniform Player's Contract (Bates Numbered BAUER 000918-000926).

5.    Collective Bargaining Agreement(s) ("CBA") between MLB Players and the Association, which was entered into by Trevor Bauer:

- CBA Agreement for Year 2011;
- CBA Agreement for Years 2012-2016 (Bates Numbered BAUER 000568-000878); and,

4

- CBA Agreement for Years 2017-2021 (Produced without Bates Numbering).

6.  Major League Rules for years 2011-2020.

7.  Minor League Baseball Uniform Player Contract.

8.  Any and all contracts and agreements between Trevor Bauer and the MLB Players Association.

9.  Agreements between Trevor Bauer and MLB Players Inc.

10. Agreements between Trevor Bauer and third parties related to the use of Trevor Bauer's image, name, and/or likeness:

- **TOPPS**
  - October 11, 2012 to December 31, 2013 Promotion and License Agreement (Bates Numbered BAUER 470);
  - September 9, 2013 to December 31, 2014 Promotion and License Agreement (Bates Numbered BAUER 456-459);
  - November 6, 2018 to October 1, 2020 Promotion and License Agreement (Bates Numbered BAUER 000474-000477)

- **NIKE**
  - August 1, 2011 to January 31, 2015 Baseball Contract (Bates Numbered BAUER 490-509);
  - February 1, 2015 to January 31, 2018 Baseball Contract (Bates Numbered BAUER 478-489); and,
  - February 1, 2018 to January 31, 2021 Baseball Contract (Bates Numbered BAUER 512-522).

- **PANINI AMERICA, INC.**
  - August 3, 2011 Agreement (Bates Numbered BAUER 000450-000455);
  - February 4, 2012 Agreement (Bates Numbered BAUER 000460-000465); and
  - August 13, 2012 MLBPA Highlight Agreement Form (Bates Numbered BAUER 000466-000469).

- **LEAF TRADING CARDS**
  - August 31, 2011 License Agreement (Bates numbered BAUER 000445-000449).

11. Bauer's Responses to Interrogatories and Requests for Admission propounded by Wilshire and by Houston Casualty.

12. Top Velocity's Responses to Interrogatories and Requests for Admission propounded by Wilshire.

5

13.     Brent Pourciau's Responses to Interrogatories and Requests for Admission propounded by Wilshire.

14.     Videos by Trevor Bauer and Top Velocity posted on the internet.

15.     Trevor Bauer's financial documentation produced in this litigation for the years 2012-2018.

16.     Major League Baseball Players Association and/or Major League Baseball Properties, Inc.'s Group Licensing Application for years 2011 – 2020.

17.     Any and all contracts and agreements between Trevor Bauer and Major League Baseball and its related entities, including but not limited to: the Major League Baseball Players Association; Major League Baseball Properties, Inc.; and all clubs, organizations, teams, and other affiliates of each.

18.     Any and all contracts and agreements between Trevor Bauer and Minor League Baseball and its related entities and all clubs, organizations, teams, and other affiliates of each.

19.     All contracts and agreements between Trevor Bauer and UCLA.

20.     All contracts and agreements between Trevor Bauer and the NCAA.

21.     Any and all endorsement contracts and agreements between Trevor Bauer and third parties, including but not limited to those produced as BAUER 000445 – 522.

22.     Any and all contracts and agreements effective for the years 2010 – 2020 related to Trevor Bauer's intellectual property rights.

23.     Any and all usages of Trevor Bauer's name, image, and likeness featured online, including but not limited to YouTube, Twitter, Instagram, Facebook, TikTok, and other social media platforms.

24.     Any and all pictures, images, and videos of Trevor Bauer featured online.

25.     Complaint for Damages and Declaratory and Injunctive Relief filed 08/15/19 in the lawsuit Major League Baseball Players Association v. Brent Pourciau & Top Velocity, LLC, Case No 3:19-cv-04912, in the United States District Court for the Northern District of California.

26.     Settlement Agreement and Mutual Release, and Stipulated Judgment attached thereto as Exhibit A in the lawsuit Major League Baseball Players Association v.

6

Brent Pourciau & Top Velocity, LLC, Case No 3:19-cv-04912, in the United States District Court for the Northern District of California.

27.    The Top Velocity 3x Pitching Mechanics Guide, produced as POURCIAU – 213 – POURCIAU – 264.

28.    Major League Baseball Players Association Form LM-2 Labor Organization Annual Report filings for the years 2010 – 2020.

29.    Any and all online content created by, associated with, or related to Trevor Bauer, Bauer Outage, Baueroutage.com, and his related entities including but not limited to interviews, social media posts, and videos featuring Bauer or any other Major League Baseball Player.

30.    Any and all documentation, including contracts, correspondence, invoicing, and payments between Trevor Bauer and Major League Baseball and its related entities, included by not limited to: the MLBPA, MLB Players Inc., MLB Clubs, Minor League Baseball, and Minor League Baseball Clubs.

31.    Any document needed for impeachment or rebuttal purposes;

32.    Any document exchanged by the parties throughout discovery in this matter;

33.    All discovery exchanged in this matter, including responses to interrogatories, requests for admissions, and requests for production of documents;

34.    Any pleading filed or exchanged by any party in this matter;

35.    Any and all exhibits listed by and/or introduced by any other party in this matter;

36.    Any document relied upon by any expert retained in this matter;

37.    Deposition transcript of any and all witnesses;

38.    Initial Disclosures of any and all parties;

39.    Any and all documentation, including contracts, correspondence, invoicing, and payments concerning Trevor Bauer's endorsements.

40.    Any exhibits listed by any party in the pleadings, discovery pleadings, and pre-trial orders/submissions.

41.    Other documents which may be identified during the course of future discovery conducted in this case.

Defendant, Wilshire, reserves the right to introduce any exhibit listed by any other party.

Defendant, Wilshire, reserves the right to amend and/or supplement this exhibit list as discovery is ongoing.


Date: August 17, 2020

Respectfully submitted:

*/s/ Robert Devin Ricci*
Robert Devin Ricci, (#34724)
Robert M. Kallam, (#20242)
**KEAN MILLER LLP**
First Bank and Trust Tower
909 Poydras Street, Suite 3600
New Orleans, LA  70112
Telephone:  (504) 585-3050
devin.ricci@keanmiller.com
robert.kallam@keanmiller.com

**KEAN MILLER LLP**
2020 W. Pinhook Road, Suite 303
Lafayette, LA  70508
Telephone:  (337) 235-2232

*Attorneys for Wilshire Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 17, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record who have registered to receive electronic service.  I further certify that on the same day the foregoing pleading and notice of electronic filing was mailed, faxed, or emailed to all attorney(s) of record who are non-CM/ECF participants.

*/s/ Robert Devin Ricci*
Robert Devin Ricci