UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TREVOR ANDREW BAUER** | * | **CIVIL ACTION NO. 2:18-cv-05611** |
| | * | |
| | * | |
| **VERSUS** | * | **JUDGE WENDY B. VITTER** |
| | * | |
| **BRENT POURCIAU,** | * | |
| **TOP VELOCITY, LLC, HAUSER** | * | **MAG. MICHAEL B. NORTH** |
| **PRODUCTIONS, LLC, HOUSTON** | * | |
| **CASUALTY COMPANY AND** | * | |
| **WILSHIRE INSURANCE COMPANY** | * | |

************************************

## DEFENDANT HOUSTON CASUALTY COMPANY'S WITNESS AND EXHIBIT LIST

NOW INTO COURT, comes Defendant, Houston Casualty Company ("HCC"),

1. Trevor Bauer, Plaintiff
   To testify as to facts and allegations in Complaint;

2. Brent Pourciau, Defendant
   234 South New Hampshire Street
   Covington, LA 70433
   Individually and as member/representative of Defendants Top Velocity, LLC and Hauser Productions, LLC
   To testify as to facts and allegations in Complaint;

3. Representative of HCC, Defendant
   Lorna Gillespie
   Director of Contingency and SHEL Claims
   Tokio Marine HCC – Specialty Group
   401 Edgewater Pl., Suite 400
   Wakefield, MA 01880
   To testify as to authenticity of HCC policies, as well as policy provisions and coverage defenses;

4. Representative of Wilshire Insurance Company, Defendant
   To testify as to authenticity of Wilshire Insurance Company policy, as well as any policy provisions;

5. Representative of Major League Baseball Players Association ("MLBPA")
   To testify as to the MLBPA's agreements and contractual relationship with Bauer, including licensing rights and alienation of same, and detailed of settlement and Stipulated Judgment in *Major League Baseball Players Association v. Brent Pourciau*

*and Top Velocity, LLC*, United States District Court for Northern District of California, Oakland Division, Case No. 4:19-cv-04912-YGR;

6. Any witness necessary for rebuttal and/or impeachment purposes;

7. Any witness (expert or fact) identified, listed, or called by any other party;

8. Any witness needed to authenticate any exhibits, documents, materials, or evidence produced in discovery or listed by any other party; and

9. Any witness that is identified in ongoing discovery.

HCC reserves the right to supplement and/or amend this Witness List with leave of court as necessary as discovery is ongoing.

## EXHIBIT LIST

1. Certified copy of HCC general liability insurance policy issued to Top Velocity, bearing policy number SC1800771A, with effective dates of March 27, 2017 to March 27, 2018 (HCC-000133-254);

2. Certified copy of HCC general liability insurance policy issued to Top Velocity, bearing policy number SC1800771B, with effective dates of March 27, 2018 to March 27, 2019; and (HCC-000009-132);

3. Reservation of Rights letter issued by HCC to Top Velocity, LLC dated August 10, 2018 (HCC-000001-08);

4. Wilshire Insurance Company policy of insurance issued to Hauser Productions, LLC for policy period July 14, 2018 to July 14, 2019 (WILSHIRE 000001-82);

5. Wilshire Insurance Company policy of insurance issued to Hauser Productions, LLC for policy period July 14, 2019 to July 14, 2020 (WILSHIRE 000083-185);

6. Top Velocity 3X Pitching Mechanic's Guide, Volumes I and II;

7. Complaint for Damages and Declaratory and Injunctive Relief, *Major League Baseball Players Association v. Brent Pourciau and Top Velocity, LLC*, United States District Court for Northern District of California, Oakland Division, Case No. 4:19-cv-04912-YGR;

8. Settlement Agreement and Mutual Release, with Stipulated Judgment in *Major League Baseball Players Association v. Brent Pourciau and Top Velocity, LLC*, United States District Court for Northern District of California, Oakland Division, Case No. 4:19-cv-

04912-YGR (R. Doc. 156-2 in instant suit);

9. Trevor Bauer's Major League Baseball Contract with Arizona Diamondbacks, 2011 to 2104 seasons (BAUER 000552-567);

10. Trevor Bauer's Major League Baseball Contract with Cleveland Indians, 2015 to 2019 seasons (BAUER 000879-926);

11. Trevor Bauer's Major League Baseball Contract with Cincinnati Reds, 2020 season (BAUER 000543-551);

12. Major League Baseball Players Association Group Licensing Application for years 2011-2020;

13. Collective Bargaining Agreements between Major League Baseball Players and Major League Baseball Association from 2011 to 2021;

14. Any agreement(s) between Major League Baseball Players Association and Trevor Bauer, or to which Trevor Bauer is a party or beneficiary (discovery ongoing);

15. Agreements between Trevor Bauer and third parties Topps, Nike, Panini, and Leaf for use of Bauer's name, image, and likeness, including any additional agreements produced throughout ongoing discovery;

16. Any and all usages of Trevor Bauer's "protected intellectual property" as alleged by Plaintiff featured online and on various social media platforms;

17. Any and all online content created by or associated with Trevor Bauer, Bauer Outage, and/or baueroutage.com;

18. Any documents/materials needed for impeachment or rebuttal purposes;

19. Any documents/materials exchanged by the parties or obtained from third parties throughout the course of discovery in this matter;

20. Any initial disclosures, answers to interrogatories, responses to requests for production, and/or responses to requests for admission produced by any party in this matter;

21. Any pleadings filed in this matter;

22. Any expert report of any other party;

23. Any exhibits listed or introduced by any other party in this matter;

24. Any transcript of depositions taken in this matter;

25. Any exhibit listed by any other party;

HCC reserves the right to supplement and/or amend this Exhibit List with leave of court as discovery is ongoing.

Submitted: August 17, 2020

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER, WEINSTOCK & BOGART**

s/ *Nicole M. Boyer*
_____
**JOSEPH G. GLASS (#25397)**
**NICOLE M. BOYER (#29775)**
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
jglass@duplass.com
nboyer@duplass.com
Telephone: (504) 832-3700
Facsimile: (504) 837-3119

AND

**CHARTWELL LAW**
**MATTHEW KRAUS** (admitted *pro hac vice*)
One Battery Park Plaza, 35th Fl.
New York, NY 10004
mkraus@chartwelllaw.com
Telephone: (212) 968-2300
Fax: (212) 968-2400

**Counsel for Defendant,
Houston Casualty Company**